## Motteler v. Popham, et al.

(Decided December 9, 1915.)

Appeal from Jefferson Circuit Court
(Common Pleas Branch, Fourth Division).

Appeal and Error.—Where there is no bill of evidence, and the pleadings support the judgment, it will be affirmed.

WILLIAM A. HECK and W. P. HILSMAN for appellant.

C. B. SEYMOUR for appellees.

OPINION OF THE COURT BY JUDGE CARROLL—Affirming.

On this appeal, taken from a judgment in a common law action, there is no bill of evidence, and, as the pleadings support the judgment, it is affirmed.